Eddie LAMBERT *v.* STATE of Arkansas

CR 94-1037 884 S.W.2d 626

Supreme Court of Arkansas
Opinion delivered October 17, 1994

328

▮▮▮▮▮▮▮▮▮▮ ▮▮▮

*Robert P. Remet,* for appellant.

No response.

▮ PER CURIAM. Appellant has filed a motion for rule on the clerk. His attorney, Robert P. Remet, admits that the record was tendered late due to a mistake on his part. We find that such admission of fault by an attorney in a criminal case is good cause to grant the motion. *See Tarry* v. *State* 288 Ark. 172, 702 S.W.2d 904 (1986).

The motion is therefore granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.